**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 98.51.5.43, <br><br> Defendant. | Case Number: 5:25-cv-10226-SVK <br><br> Honorable Susan van Keulen <br><br> [PROPOSED] **ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for June 9, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until June 23, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for June 9, 2026 is continued to ~~July 28~~, August 11 2026 at 9:30 a.m. A Joint Case Management Statement is due August 4, 2026.

**DONE AND ORDERED**.

Dated: ___April 24, 2026___          By: _____

                                    **United States Magistrate Judge**
                                   Hon. Susan van Keulen

1

[Proposed] Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:25-cv-10226-SVK