# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.51.5.43,<br><br>            Defendant. | Case Number: 5:25-cv-10226-SVK<br><br>Honorable Susan van Keulen<br><br>[PROPOSED] ORDER ON PLAINTIFF'S THIRD *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's third *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 11, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until August 22, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for August 11, 2026 is continued to October 13, 2026 ~~September 22, 2026~~ at 9:30 a.m.  A Joint Case Management Statement is due October 6, 2026.

**DONE AND ORDERED**.

Dated:  June 24, 2026                    By: _____
                                                       **United States Magistrate Judge**
                                                       Hon. Susan van Keulen

1

[Proposed] Order on Third *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 5:25-cv-10226-SVK